199 So.2d 182

**Harry DESHOTELS**

**v.**

**HOUSTON CONTRACTING CO. et al.**

**No. 48696.**

May 19, 1967.

In re: Harry Deshotels applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 196 So.2d 855.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

199 So.2d 182

**Meyer KATZ**

**v.**

**LIBERTY LOAN CORPORATION OF LOUISIANA, Inc., et al.**

**No. 48697.**

May 19, 1967.

In re: Meyer Katz applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 196 So.2d 549.

Writ refused. On the facts found by the Court of Appeal, the result is correct.